# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Plaintiff(s), | Case No. 2:13-cv-01472-GMN-NJK |
| vs. | |
| ALIREZA KAVEH, et al., | ORDER DENYING STIPULATION TO EXTEND |
| Defendant(s). | (Docket No. 43) |

Pending before the Court is the parties' stipulation, filed on January 23, 2015, to extend the deadlines for initial expert disclosures and rebuttal expert disclosures. Docket No. 43. One of the proposed deadlines is "Monday, 2015." *Id.*, at 2. Additionally, the stipulation violates Local Rule 6-2(a) as the signature block for the Court to endorse is on a separate page. Accordingly, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge