UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Plaintiff(s), | Case No. 2:13-cv-01472-GMN-NJK |
| vs. | ORDER DENYING STIPULATION |
| ALIREZA KAVEH, et al., | (Docket No. 52) |
| Defendant(s). | |

Pending before the Court is a stipulation correcting scrivener's error, filed on June 9, 2015. Docket No. 52. On June 4, 2015, the Court granted the same stipulation correcting scrivener's error. Docket No. 50. Accordingly, the parties' stipulation correcting scrivener's error (Docket No. 52) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: June 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge