David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
528 S. Casino Center Blvd. #325
Las Vegas, Nevada 89101
dmincin@mincinlaw.com
Phone: 702-589-9881
Fax: 702-589-9882
Attorney For *Jocelyne Abrar, Ali Kaveh,*
*Moluck Kaveh and JPA Investments, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>    Plaintiff,<br><br>vs.<br><br>ALIREZA KAVEH, an individual; ALIREZA KAVEH, as Trustee of the Alireza Kaveh Family Trust; JPA INVESTMENTS, LLC, a Nevada limited liability company, JOCELYNE ABRAR, an individual; JOCELYNE ABRAR as Trustee of The Jocelyne Abrar Trust; ALI KAVEH aka Alireza Kaveh, Sr., an individual; MOLOUK KAVEH; and MOLOUK KAVEH, as Trustee of The Kaveh Family Trust,<br><br>    Defendants. | Case No.: 2:13-CV-1472-GMN-NJK |

### SUBSTITUTION OF ATTORNEY

Defendants JPA Investments, LLC; Jocelyne Abrar; Jocelyn Abrar as Trustee of The Jocelyne Abrar Trust, Ali Kaveh; Molouk Kaveh and Molouk Kaveh as Trustee of The Kaveh Family Trust hereby substitutes David Mincin, Esq. of Mincin Law, PLLC, 528 S. Casino Center, #325, Las Vegas, Nevada 89101, (702) 589-9881, as attorney of Record in place and stead of: Richard McKnight.

DATED: May 3, 2016

_____
Jocelyne Abrar, Manager Of
JPA Investments

DATED: May 3, 2016

_____
Jocelyne Abrar

| | | |
|---|---|---|
| 1 | DATED: May 3, 2016 | *[signature]* |
| 2 | | Jocelyne Abrar as Trustee of The Jocelyne Abrar Trust |
| 3 | DATED: _____ | See Page #4 |
| | | Alireza Kaveh, Sr. |
| 4 | DATED: _____ | See Page #4 |
| 5 | | Molouk Kaveh |
| 6 | DATED: _____ | See Page #4 |
| | | Molouk Kaveh as Trustee of |
| 7 | | The Kaveh Family Trust |

8   I consent to the above substitution.

9   DATED: _____    See Page #3
10                       Richard McKnight, Esq.

11  I am duly admitted to practice in this District.

12  Above substitution accepted.

13  DATED: 5/3/16       *[signature]*
14                       David Mincin, Esq.

15  Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

1 DATED:_____  See Page #2
                                  Jocelyne Abrar as Trustee of
2                                 The Jocelyne Abrar Trust

3 DATED:_____  See Page #4
                                  Alireza Kaveh, Sr.

4 DATED:_____  See Page #4
5                                 Molouk Kaveh

6 DATED:_____  See Page #4
                                  Molouk Kaveh as Trustee of
7                                 The Kaveh Family Trust

8    I consent to the above substitution.

9 DATED: 5/2/16                   _____
10                                Richard McKnight, Esq.

11   I am duly admitted to practice in this District.

12   Above substitution accepted.

13 DATED:_____  See Page #2
14                                David Mincin, Esq.

15 Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

Page 3 of 3

| | | |
|---|---|---|
| 1 | DATED:_____ | _See Page #2_<br>Jocelyne Abrar as Trustee of |
| 2 | | The Jocelyne Abrar Trust |
| 3 | DATED:_____ | [signature]<br>Alireza Kaveh, Sr. |
| 4 | DATED:_____ | _Molouk Kaveh_<br>Molouk Kaveh |
| 5 | | |
| 6 | DATED:_____ | _Molouk Kaveh_<br>Molouk Kaveh as Trustee of |
| 7 | | The Kaveh Family Trust |

8    I consent to the above substitution.

9    DATED:_____   _See Page #3_
10                              Richard McKnight, Esq.

11   I am duly admitted to practice in this District.

12   Above substitution accepted.

13   DATED:_____   _See Page #2_
14                              David Mincin, Esq.

15   Please check one: ____ RETAINED, or ____ APPOINTED BY THE COURT

16   APPROVED:

17

18   DATED: May 4, 2016      [signature]

19                              UNITED STATES MAGISTRATE JUDGE

Page 2 of 2