# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wells Fargo Bank, N.A. | Attorney Fees |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:13-cv-01472-GMN-NJK |
| Alireza Kaveh, et al | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for fees in the amount of $85,959.00 and costs in the amount of $4,281.75 against defendants JPA Investments, LLC; Jocelyn Abrar, individually, and as trustee of the Jocelyn Abrar Trust; and Alireza Kaveh, individually, and as trustee of the Alireza Kaveh Family Trust. Interest shall accrue at the post-judgment rate of 9.5% per annum.

| | |
|---|---|
| 3/9/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |