David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #10
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: NA
*Attorney for Jocelyne Abrar
and JPA Investments, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>ALIREZA KAVEH, an individual; ALIREZA KAVEH, as Trustee of the Alireza Kaveh Family Trust; JPA INVESTMENTS, LLC, a Nevada limited liability company, JOCELYNE ABRAR, an individual; JOCELYNE ABRAR as Trustee of The Jocelyne Abrar Trust; ALI KAVEH aka Alireza Kaveh, Sr., an individual; MOLOUK KAVEH; and MOLOUK KAVEH, as Trustee of The Kaveh Family Trust,<br><br>Defendants. | Case No.: 2:13-CV-1472-GMN-NJK |

**STIPULATION AND ORDER TO:**

    **I) CORRECT CLERICAL ERROR AND AMEND JUDGMENT ENTERED MARCH 31, 2017;**

    **II) DISMISS SECOND AND THIRD CLAIMS FOR RELIEF**

    Plaintiff, Wells Fargo Bank, N.A., by and through its counsel of record, Michael F. Lynch, Esq., of Lynch Law Practice, PLLC, and Defendants JPA Investments, LLC; Jocelyne Abrar; Jocelyne Abrar as Trustee of The Jocelyne Abrar Trust; Ali Kaveh aka Alireza Kaveh, Sr.; Molouk Kaveh and Molouk Kaveh as Trustee of The Kaveh Familly Trust dated July 31, 1998 ("The Kaveh Family Trust"), and Alireza Kaveh, in Proper Person, stipulate and agree as follows.

1  **WHEREAS** the Complaint on file identifies three separate loans held by Plaintiff
2  Wells Fargo Bank, N.A., against three different Limited Liability Companies and properties
3  and against different defendants identified therein (Document 1).

4  **WHEREAS** the first claim for relief arises from a loan identified as the Craig 95 Loan
5  (Document 1).

6  **WHEREAS** the second claim for relief arises from a loan identified as the Frontier
7  Loan (Document 1).

8  **WHEREAS** the third claim for relief arises from a loan identified as the Alireza Loan
9  (Document 1).

10  **WHEREAS** On April 8, 2016, partial summary judgment was entered against
11  Defendants Alireza Kaveh, as an individual; Alireza Kaveh, as Trustee of the Alireza Kaveh
12  Family Trust; JPA Investments, L.L.C.; Jocelyne Abrar, as an individual; and Jocelyne Abrar,
13  as Trustee of the Jocelyne Abrar Trust relating to breaches the Craig 95 Loan (Document 69).

14  **WHEREAS** Wells Fargo and the same Defendants identified in Document 69 then
15  proceeded to prosecute a traditional deficiency hearing to determine fair market value on the
16  date of the foreclosure of the underlying Craig 95 real property.

17  **WHEREAS** on March 31, 2017 at the conclusion of the fair market value deficiency
18  hearing the Court entered an Order which contained findings of fact and conclusions of law
19  (Document 107) , and **WHEREAS** a Judgment was entered thereon on the same date
20  (Document 108).

21  **WHEREAS** in entering the Judgment on March 31, 2017 the clerk checked the box
22  that identifies all "Defendants" rather than just those defendants who were parties to the Craig
23  95 Loan.

24  **IT IS HEREBY STIPULATED AND AGREED** that pursuant to FRCP 60 a mistake
25  has occurred and to the extent Judgment (Document 108) includes Defendants Alireza Kaveh,
26  Sr. Molouk Kaveh, and Molouk Kaveh Trust, this was the result of clerical error entitling the
27  latter defendants to relief.

28

1     **IT IS HEREBY STIPULATED AND AGREED** the Judgment entered March 31,
2  2017 (Document 108) is corrected and clarified to delete and omit any reference to
3  Defendants Alireza Kaveh, Sr. Molouk Kaveh, and Molouk Kaveh Trust and amended to state
4  that it is entered only against Defendants Alireza Kaveh, as an individual; Alireza Kaveh, as
5  Trustee of the Alireza Kaveh Family Trust; JPA Investments, L.L.C.; Jocelyne Abrar, as an
6  individual; and Jocelyne Abrar, as Trustee of the Jocelyne Abrar Trust, jointly and severally.

7     **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Second Cause
8  of Action stated in the Complaint filed August 16, 2013 arising from the Frontier Loan, Note
9  and Guaranty against Alireza Kaveh, Sr.; Molouk Kaveh and Molouk Kaveh as Trustee of
10 The Kaveh Familly Trust dated July 31, 1998 ("The Kaveh Family Trust") shall be and hereby
11 is dismissed without prejudice, in its entirety, the parties to bear their own attorneys fees and
12 costs as it relates to that claim.

13    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Third Cause
14 of Action stated in the Complaint filed August 16, 2013 arising from the Alireza Loan, Note
15 and Guaranty shall be and hereby is dismissed without prejudice, in its entirety, the parties to
16 bear their own attorneys fees and costs as it relates to that claim.

17    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation
18 and Order shall not effect or effectuate a settlement of the First Cause of Action stated in the
19 Complaint filed August 16, 2013 arising from the Craig 95 Loan, Note and Guaranty or affect
20 the Judgment as it is entered against Defendants Alireza Kaveh, as an individual; Alireza
21 Kaveh, as Trustee of the Alireza Kaveh Family Trust; JPA Investments, L.L.C.; Jocelyne
22 Abrar, as an individual; and Jocelyne Abrar, as Trustee of the Jocelyne Abrar Trust
23 (Document 108).
24 / / /
25 / / /
26
27
28

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Frontier Defendants waive any right under FRCP 41 or otherwise that the dismissal stated herein shall operate as an adjudication on the merits or as a bar to Plaintiff seeking relief in a newly filed action relating to the Frontier Loan or the Second Cause of Action.

| SO STIPULATED | SO STIPULATED |
|---|---|
| DATED this 30th day of June, 2017. | DATED this 28th day of June, 2017. |
| MINCIN LAW, PLLC | LYNCH LAW PRACTICE, PLLC |
| By: /s/ David Mincin | By: /s/ Michael F. Lynch |
| David Mincin, Esq.<br>State Bar No.5427<br>7465 W. Lake Mead Bvd., #!00<br>Las Vegas, Nevada 89128<br>*Attorney For Jocelyne Abrar, Ali Kaveh, Moluck Kaveh and JPA Investments, LLC* | Michael F. Lynch, Esq.<br>State Bar No. 8555<br>3613 S. Eastern Avenue<br>Las Vegas, Nevada 89169<br>*Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

DATED this  1  day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# # #

Page 4 of 4

W:\2012\3080cr95.ch11\WFB vs Kaveh (Federal)\Stip & Order To Correct Clerical Error Of Kaveh's...DMcb...6-19-2017.wpd          April 27, 2018 (8:46am)